KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234
E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIBU "BOB GAO,<br>ZHICHENG ZENG,<br>LIN HUN MA, and<br>XIANG ZHUGE,<br><br>    Defendants. | No.: CR 05-00465-JSW<br><br>[PROPOSED] ORDER EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT |

       This matter came on the calendar of the Honorable Jeffrey S. White on August 4, 2005. At the parties' request, the Court continued the matter until September 29, 2005.

       The parties requested an exclusion of time under the Speedy Trial Act from August 4 through September 29, 2005 based upon the need for effective preparation of counsel. The government is in the process of providing discovery to the defense. Much of this discovery is in

the Chinese language and needs to be translated. Moreover, additional evidence is being examined at the State Department's computer forensics laboratory. Additionally, one of the defendants, Zibu "Bob" Gao, has not yet made an appearance before the Court. A reasonable period of delay is permissible to permit the government to secure Gao's appearance. See 18 U.S.C. § 3161(h)(7). Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act. The parties agree that the time from August 4 through September 29, 2005 should be excluded in computing the time within which trial must commence. See 18 U.S.C. §§ 3161(h)(7), 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from August 4 through September 29, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that a reasonable period of delay is permissible to permit the government to secure Gao's appearance. See 18 U.S.C. § 3161(h)(7). The Court finds that the failure to grant the requested exclusion would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: August 22, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW         2