KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00465-JSW |
|     Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
|     v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| ZIBU "BOB" GAO, ) | |
| ZHICHENG ZENG, ) | |
| LI HUA MA, ) | |
|     aka Lin, ) | |
|     aka Lene Lam, ) | |
| XIANG ZHUGE, ) | |
| RALPH FRANK PETERS, ) | |
|     aka Peter, ) | |
|     aka Patrick, and ) | |
| LIWEI TAN KUO, ) | |
|     aka Grace Tan, ) | |
|     aka Li Wei Tan, ) | |
|     aka Tan Kuo Liwei, ) | |
|     aka Grace Kuo, ) | |
|     aka Li Wei Kuo, ) | |
| ) | |
|     Defendants. ) | |

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW

1    This matter came on the calendar of the Honorable Jeffrey S. White on September 29,
2  2005. At the parties' request, the Court continued the matter until November 17, 2005. The
3  parties requested an exclusion of time under the Speedy Trial Act on three bases.

4    First, the parties requested an exclusion of time based upon the need for effective
5  preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). All defense counsel will
6  need ample time to review the voluminous discovery in this case. While most of the discovery
7  has been turned over, there is some outstanding discovery remaining. Much of that discovery
8  needs to be translated into English, which may take up to one month.

9    Second, due to the number of defendants and the quantity of discovery, this case is so
10 complex that it is unreasonable to expect adequate preparation within the time limits of the
11 Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii).

12   Third, defendants Kuo and Peters have not yet made an appearance in this district. They
13 were ordered removed from the Central District of California and are en route in the custody of
14 the United States Marshals. Time is excludable as delay resulting from the removal of the
15 defendants from one district to another. See 18 U.S.C. § 3161(h)(1)(G).

16   Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act.
17 The parties agree that the time from September 29 through November 17, 2005 should be
18 excluded in computing the time within which trial must commence. See 18 U.S.C. §§
19 3161(h)(1)(G), 3161(h)(8)(A) and (B)(iv).

20   Accordingly, the Court HEREBY ORDERS that the time from September 29 through
21 November 17, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

22   The Court finds that the delay resulting from the removal of defendants Kuo and Peters
23 from the Central District of California to this district is excludable. See 18 U.S.C. §
24 3161(h)(1)(G).

25   The Court finds that the failure to grant the requested exclusion would deny the
26 defendants reasonable time necessary for effective preparation, taking into account the exercise
27 of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

28

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW            2

1  The Court further finds that this case is so complex that it is unreasonable to expect
2  adequate preparation for pretrial proceedings or for the trial itself within the time limits
3  established by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(8)(B)(ii).
4  The Court finds that the ends of justice served by granting the requested exclusion
5  outweigh the best interest of the public and the defendants in a speedy trial and in the prompt
6  disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes
7  that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
8  SO ORDERED.
9  DATED:  October 14, 2005

*[signature: Jeffrey S. White]*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

12  Approved as to form:

14  /s/ Alan Dressler
    ALAN DRESSLER
15  Counsel for Defendant GAO

17  /s/ Tony Tamburello
    TONY TAMBURELLO
    Counsel for Defendant ZENG

19  /s/ Harris Taback
    HARRIS TABACK
20  Counsel for Defendant ZHUGE

22  /s/ Frank Bell
    FRANK BELL
    Counsel for Defendant MA

24  /s/ Monica Fernandez
    MONICA FERNANDEZ
25  Assistant United States Attorney
    Counsel for the United States

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW          3