KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00465-JSW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING COMPUTER DISCOVERY |
| ZIBU "BOB" GAO, ) ZHICHENG ZENG, ) LI HUA MA, )     aka Lin, )     aka Lene Lam, ) XIANG ZHUGE, ) RALPH FRANK PETERS, )     aka Peter, )     aka Patrick, and ) LIWEI TAN KUO, )     aka Grace Tan, )     aka Li Wei Tan, )     aka Tan Kuo Liwei, )     aka Grace Kuo, )     aka Li Wei Kuo, )     Defendants. ) | |

No. CR-05-00465-JSW
STIP. & [PROPOSED] PROT. ORD. RE COMPUTER DISCOVERY

1    The United States, through its counsel of record, and the defendants, through their
2 counsel of record, hereby agree and stipulate that the government will provide computer
3 discovery (consisting of seized computer evidence) on the following conditions:
4    The computer discovery produced in this matter is deemed Protected Material.
5 Possession of copies of the Protected Material is limited to the defendants, their attorneys of
6 record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants
7 for the attorneys of record (hereinafter collectively referred to as "members of the defense team").
8    The defendants, their attorneys of record, and members of the defense team acknowledge
9 that providing copies of the Protected Material to other persons is prohibited, and agree not to
10 duplicate or provide copies of the Protected Material to other persons.  The defendants, their
11 attorneys of record, and members of the defense team may show Protected Material to witnesses
12 or prospective witnesses in conjunction with their defense of the defendants in this case.  The
13 defendants, their attorneys of record, and members of the defense team further acknowledge that
14 they are prohibited from using the Protected Material for any purpose other than defending the
15 defendant in the above-captioned matter.  Any violation of these prohibitions constitutes a
16 violation of the Protective Order.  Further, the attorneys of record agree that prior to
17 disseminating any copies of the Protected Material to members of the defense team, they will
18 provide a copy of this Protective Order to members of the defense team.
19    Notwithstanding efforts taken by the government to redact personal information of
20 witnesses from the discovery provided to the defense (such as date of birth, social security
21 numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the
22 defense team agree that, should any such information be found during their review of this
23 material, they will not provide that personal information in any form – whether in verbal, written
24 or electronic format – to any third party, for any reason whatsoever.
25         2    Nontermination
26    The provisions of this Order shall not terminate at the conclusion of this prosecution but
27 only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendants'
28 attorneys of record shall return all copies of any Protected Material (including all copies provided

No.  CR-05-00465-JSW
STIP. & [PROPOSED] PROT. ORD. RE COMPUTER DISCOVERY                              2

| | |
|---|---|
| 1 | to the defendants, their attorneys of record, and members of the defense team) to the United |
| 2 | States Attorney's Office for the Northern District of California. |
| 3 |     IT IS SO STIPULATED. |

DATED: November 14, 2005      /s/ Monica Fernandez
                                                   MONICA FERNANDEZ
                                                   Assistant United States Attorney
                                                   Counsel for the United States

DATED: November 14, 2005      /s/ Alan Dressler
                                                   ALAN DRESSLER
                                                   Counsel for Defendant GAO

DATED: October 2, 2005      /s/ Tony Tamburello
                                                   TONY TAMBURELLO
                                                   Counsel for Defendant ZENG

DATED: October 14, 2005      /s/ Frank Bell
                                                   FRANK BELL
                                                   Counsel for Defendant MA

DATED: October 3, 2005      /s/ Harris Taback
                                                   HARRIS TABACK
                                                   Counsel for Defendant ZHUGE

DATED: October 21, 2005      /s/ Richard Bitters
                                                   RICHARD BITTERS
                                                   Counsel for Defendant KUO

DATED: October 14, 2005      /s/ Juliana Drous
                                                   JULIANA DROUS
                                                   Counsel for Defendant PETERS

|    |                                                                                       |
|----|---------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                             |
| 2  | PURSUANT TO STIPULATION, IT IS SO ORDERED.                                            |
| 3  |                                                                                       |
| 4  | DATED: November 14, 2005        _____                         |
| 5  |                                 HON. JEFFREY S. WHITE                                 |
|    |                                 United States District Judge                          |

No.  CR-05-00465-JSW
STIP. & [PROPOSED] PROT. ORD. RE COMPUTER DISCOVERY                      4