KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00465-JSW |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ZIBU "BOB" GAO, ) ZHICHENG ZENG, ) LI HUA MA, )     aka Lin, )     aka Lene Lam, ) XIANG ZHUGE, ) RALPH FRANK PETERS, )     aka Peter, )     aka Patrick, and ) LIWEI TAN KUO, )     aka Grace Tan, )     aka Li Wei Tan, )     aka Tan Kuo Liwei, )     aka Grace Kuo, )     aka Li Wei Kuo, )     Defendants. ) | |

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW

1   This matter came on the calendar of the Honorable Jeffrey S. White on November 17,
2   2005. At the parties' request, the Court continued the matter until January 19, 2006. The parties
3   requested an exclusion of time under the Speedy Trial Act on two bases.
4   First, the parties requested an exclusion of time based upon the need for effective
5   preparation of counsel. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). All defense counsel will
6   need ample time to review the voluminous discovery in this case. While most of the discovery
7   has been turned over, there is some outstanding discovery remaining.
8   Second, due to the number of defendants and the quantity of discovery, this case is so
9   complex that it is unreasonable to expect adequate preparation within the time limits of the
10  Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii).
11  Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act.
12  The parties agree that the time from November 17, 2005 through January 19, 2006 should be
13  excluded in computing the time within which trial must commence. See 18 U.S.C. §§
14  3161(h)(1)(G), 3161(h)(8)(A) and (B)(iv).
15  Accordingly, the Court HEREBY ORDERS that the time from November 17, 2005
16  through January 19, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.
17  The Court finds that the failure to grant the requested exclusion would deny the
18  defendants reasonable time necessary for effective preparation, taking into account the exercise
19  of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
20  The Court further finds that this case is so complex that it is unreasonable to expect
21  adequate preparation for pretrial proceedings or for the trial itself within the time limits
22  established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(B)(ii).
23  The Court finds that the ends of justice served by granting the requested exclusion
24  outweigh the best interest of the public and the defendants in a speedy trial and in the prompt
25  disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes
26  that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
27
28

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW                  2

1  SO ORDERED.
2  DATED: December 22, 2005

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

5  Approved as to form:

7  /s/ Alan Dressler
   ALAN DRESSLER
8  Counsel for Defendant GAO

9
   /s/ Tony Tamburello
10 TONY TAMBURELLO
   Counsel for Defendant ZENG

12 /s/ Harris Taback
   HARRIS TABACK
13 Counsel for Defendant ZHUGE

14
   /s/ Frank Bell
15 FRANK BELL
   Counsel for Defendant MA

17 /s/ Juliana Drous
   JULIANA DROUS
18 Counsel for Defendant PETERS

19
   /s/ Richard Bitters
20 RICHARD BITTERS
   Counsel for Defendant KUO

22 /s/ Monica Fernandez
   MONICA FERNANDEZ
23 Assistant United States Attorney
   Counsel for the United States

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 05-00465-JSW           3