| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MONICA FERNANDEZ (CSBN 168216)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7065 |
| 7 | FAX: (415) 436-7234<br>E-mail: Monica.L.Fernandez@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-00465-JSW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION EXTENDING DISCOVERY CUT OFF; [PROPOSED] ORDER |
| ZIBU "BOB" GAO,<br>ZHICHENG ZENG,<br>LI HUA MA,<br>    aka Lin,<br>    aka Lene Lam,<br>XIANG ZHUGE,<br>RALPH FRANK PETERS,<br>    aka Peter,<br>    aka Patrick, and<br>LIWEI TAN KUO,<br>    aka Grace Tan,<br>    aka Li Wei Tan,<br>    aka Tan Kuo Liwei,<br>    aka Grace Kuo,<br>    aka Li Wei Kuo, | ) | |
| Defendants. | ) | |

STIPULATION EXTENDING DISCOVERY
CUT OFF; [PROPOSED] ORDER
No.: CR 05-00465-JSW

1  The parties to the above matter hereby stipulate as follows:

2  1. This matter came on the calendar of the Honorable Jeffrey S. White on November 17, 2005. At that time, the Court set a discovery cut off of November 30, 2005 for all discovery except for documents to be turned over from the Arcadia Police Department. On November 28, 2005, Special Agent Jason Banks delivered the to the United States Attorney's Office several hundred pages of documents. Most of these documents are duplicative of documents that have already been produced in discovery. Agent Banks also delivered all of the documents seized by the Arcadia Police Department.

2. Government counsel needs time to review the documents, make necessary redactions of protected information (such as Social Security Numbers and dates of births), Bates label the documents and copy them for defense counsel.

3. The parties agree that the discovery cut off should be extended until December 9, 2006 [5, JSW]. On or before December 9, 2005 [5, JSW], government counsel will provide to all defense counsel the additional discovery in its possession, to include the discovery from the Arcadia Police Department.

IT IS SO STIPULATED.

Date: January 19, 2006         /s/ Alan Dressler
                               ALAN DRESSLER
                               Counsel for Defendant GAO

Date: December 1, 2005         /s Tony Tamburello
                               TONY TAMBURELLO
                               Counsel for Defendant ZENG

Date: December 6, 2005         /s/ Harris Taback
                               HARRIS TABACK
                               Counsel for Defendant ZHUGE

Date: December 5, 2005         /s/ Frank Bell
                               FRANK BELL
                               Counsel for Defendant MA

STIPULATION EXTENDING DISCOVERY
CUT OFF; [PROPOSED] ORDER
No.: CR 05-00465-JSW                    2

| | |
|---|---|
| Date: January 19, 2006 | /s/ Juliana Drous<br>JULIANA DROUS<br>Counsel for Defendant PETERS |
| Date: January 19, 2006 | /s/ Richard Bitters<br>RICHARD BITTERS<br>Counsel for Defendant KUO |
| Date: November 30, 2005 | /s/ Monica Fernandez<br>MONICA FERNANDEZ<br>Assistant United States Attorney<br>Counsel for the United States |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 20, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING DISCOVERY
CUT OFF; [PROPOSED] ORDER
No.: CR 05-00465-JSW              3