1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
8
9  Attorneys for Plaintiff
10
11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14
15 | UNITED STATES OF AMERICA,         )    No.: CR 05-00465-JSW
                                       )
16 |        Plaintiff,                 )
                                       )    STIPULATION EXTENDING
17 |    v.                             )    DISCOVERY CUT OFF; [PROPOSED]
                                       )    ORDER
18 | ZIBU "BOB" GAO,                   )
     ZHICHENG ZENG,                    )
19 | LI HUA MA,                        )
         aka Lin,                      )
20 |     aka Lene Lam,                 )
     XIANG ZHUGE,                      )
21 | RALPH FRANK PETERS,               )
         aka Peter,                    )
22 |     aka Patrick, and              )
     LIWEI TAN KUO,                    )
23 |     aka Grace Tan,                )
         aka Li Wei Tan,               )
24 |     aka Tan Kuo Liwei,            )
         aka Grace Kuo,                )
25 |     aka Li Wei Kuo,               )
                                       )
26 |        Defendants.                )
                                       )
27 |_____)
28

STIPULATION EXTENDING DISCOVERY
CUT OFF; [PROPOSED] ORDER
No.: CR 05-00465-JSW

1 | The parties to the above matter hereby stipulate as follows:

2 |     1. This matter came on the calendar of the Honorable Jeffrey S. White on November 17, 2005. At that time, the Court set a discovery cut off of November 30, 2005 for all discovery except for documents to be turned over from the Arcadia Police Department. On November 28, 2005, Special Agent Jason Banks delivered the to the United States Attorney's Office several hundred pages of documents. Most of these documents are duplicative of documents that have already been produced in discovery. Agent Banks also delivered all of the documents seized by the Arcadia Police Department.

    2. Government counsel needs time to review the documents, make necessary redactions of protected information (such as Social Security Numbers and dates of births), Bates label the documents and copy them for defense counsel.

    3. The parties agree that the discovery cut off should be extended until December 9, 200~~6~~ 5, JSW. On or before December 9, 200~~6~~ 5, JSW, government counsel will provide to all defense counsel the additional discovery in its possession, to include the discovery from the Arcadia Police Department.

IT IS SO STIPULATED.

Date: January 19, 2006      /s/ Alan Dressler
     ALAN DRESSLER
     Counsel for Defendant GAO

Date: December 1, 2005      /s Tony Tamburello
     TONY TAMBURELLO
     Counsel for Defendant ZENG

Date: December 6, 2005      /s/ Harris Taback
     HARRIS TABACK
     Counsel for Defendant ZHUGE

Date: December 5, 2005      /s/ Frank Bell
     FRANK BELL
     Counsel for Defendant MA

Date: January 19, 2006            /s/ Juliana Drous
                                  JULIANA DROUS
                                  Counsel for Defendant PETERS


                                  /s/ Richard Bitters
Date: January 19, 2006            RICHARD BITTERS
                                  Counsel for Defendant KUO


Date: November 30, 2005           /s/ Monica Fernandez
                                  MONICA FERNANDEZ
                                  Assistant United States Attorney
                                  Counsel for the United States


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: January  20 , 2006         _____
                                  HONORABLE JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING DISCOVERY
CUT OFF; [PROPOSED] ORDER
No.: CR 05-00465-JSW                       3