KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00465 JSW |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL OF DEFENDANT; AND [PROPOSED] ORDER |
| v. | ) ) | |
| XIANG ZHUGE, | ) ) | |
| Defendant. | ) ) ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Defendant Xiang Zhuge from Count One of the above indictment without prejudice.

DATED:                                          Respectfully submitted,

                                                KEVIN V. RYAN
                                                United States Attorney


                                                /s/ Mark Krotoski for
                                                EUMI L. CHOI
                                                Chief, Criminal Division

No. CR 05-00465 JSW
NOTICE OF DISMISSAL OF DEFENDANT;
AND [PROPOSED] ORDER

1  Leave of Court is granted to the government to dismiss the indictment without prejudice.
2  IT IS SO ORDERED.
3
4  Date: February 8   , 2006
5  _____
   HON. JEFFREY S. WHITE
   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. CR 05-00465 JSW
NOTICE OF DISMISSAL OF DEFENDANT;
AND [PROPOSED] ORDER          2